MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

FRANK J. RIEBLI (CABN 221152)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Frank.Riebli@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 13-MJ-71133 EDL |
| Plaintiff, | MOTION TO EXTEND STAY OF RELEASE |
| v. | |
| SHANE JACKSON, | |
| Defendant. | |

The government hereby requests that the Court extend the stay of its release order in this case for an additional 24 hours. On September 13, 2013, Defendant Shane Jackson was arrested in this district on a warrant issued in the District of Hawaii. At his initial appearance, Defendant waived his right to an identity hearing. The parties appeared before the Court on Tuesday, September 17, 2013 for a detention hearing. At the conclusion of the hearing, after considering the government's and Defendant's arguments and Pre-Trial Services' recommendation, the Court ordered Defendant released on a bond. At the government's request, the Court stayed that release order through close of business today, September 18, 2013, so that the government could appeal the release order in Hawaii.

The government filed that appeal at 7:00 a.m. today, September 18. The court in the District of

MOT. TO EXTEND STAY OF RELEASE
13-MJ-71133 EDL

Hawaii has requested that Defendant, counsel for the government in Hawaii and San Francisco and counsel for Defendant in Hawaii and San Francisco be present by videoconference for the hearing on that appeal. The government is not able to secure Defendant's presence today however, because he is housed at a county facility in Oakland and the marshals are unable to deliver him to court today due to other demands. For this reason, the court in Hawaii has scheduled the hearing on the appeal for 1:30 p.m. on Thursday, September 19, 2013.

Accordingly, the government requests that the Court extend the stay of release through the end of the appeal hearing tomorrow, or no later than close of business tomorrow, September 19, 2013, so that the status quo is preserved until the district court in Hawaii has the opportunity to review the case and rule on the government's appeal.

Attached for the Court's review are the electronic case filing notices evincing the government's filing of its appeal and the district court's setting that appeal for hearing.

DATED: September 18, 2013        Respectfully submitted,

                                  MELINDA HAAG
                                  United States Attorney


                                /s/
                                FRANK J. RIEBLI
                                Assistant United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 13-MJ-71133 EDL |
| Plaintiff, | ) [PROPOSED] |
| v. | ) ORDER EXTENDING STAY OF RELEASE |
| SHANE JACKSON, | ) |
| Defendant. | ) |

The government has moved to extend the stay of release in this case from close of business on Wednesday, September 18, 2013 to the close of business on Thursday, September 19, 2013, in order to provide adequate time for the district court in Hawaii to review the release order. Because the district court has requested that the defendant be present by videoconference for the hearing on the appeal, and because the parties are not able to arrange for the defendant to be present for the hearing until tomorrow, the Court finds good cause to extend the stay of release for an additional day. Accordingly:

IT IS HEREBY ORDERED that the September 18, 2013 order releasing the defendant on bond is stayed through the close of business on Thursday, September 19, 2013.

DATED: September 18, 2013

*Elizabeth D. Laporte*
HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

MOT. TO EXTEND STAY OF RELEASE
13-MJ-71133 EDL

Riebli, Frank (USACAN)
___

**From:** Loo, Jonathan (USAHI)
**Sent:** Wednesday, September 18, 2013 11:17 AM
**To:** Riebli, Frank (USACAN)
**Subject:** Fw: Activity in Case 1:11-cr-00506-JMS USA v. Toilolo et al Appeal of Magistrate Judge Decision to District Court

**From:** hid_resp@hid.uscourts.gov [mailto:hid_resp@hid.uscourts.gov]
**Sent:** Wednesday, September 18, 2013 01:01 PM Eastern Standard Time
**To:** hawaii_cmecf@hid.uscourts.gov <hawaii_cmecf@hid.uscourts.gov>
**Subject:** Activity in Case 1:11-cr-00506-JMS USA v. Toilolo et al Appeal of Magistrate Judge Decision to District Court

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## District of Hawaii

## Notice of Electronic Filing

The following transaction was entered by Loo, Jonathan on 9/18/2013 at 7:01 AM HST and filed on 9/18/2013
**Case Name:** USA v. Toilolo et al
**Case Number:** 1:11-cr-00506-JMS
**Filer:** USA
**Document Number:** 479

**Docket Text:**
APPEAL OF MAGISTRATE JUDGE DECISION to District Court by USA as to Shane Jackson (Loo, Jonathan)

**1:11-cr-00506-JMS-19 Notice has been electronically mailed to:**

Alan Baum    abaum@criminaldefense.com, sfvab@aol.com

Clifford B. Hunt    notguilty007@gmail.com

Dana S. Ishibashi    ishibashid@aol.com

1

Della A. Belatti     daubelatti@yahoo.com

Eric A. Seitz     eseitzatty@yahoo.com, seitzoffice@yahoo.com

Harlan Y. Kimura     hyk@aloha.net

Jeffrey T. Arakaki     jeffarakakiesq@gmail.com

Jonathan M.F. Loo     Jonathan.Loo@usdoj.gov, Rowena.Kang@usdoj.gov, USAHI.ECFNarcotics@usdoj.gov

Joseph R. Mottl , III     tizmot@earthlink.net

Lynn E. Panagakos     lynnpanagakos@yahoo.com, joell@michaeljaygreen.com

Mark S. Kawata     kawatalaw001@hawaii.rr.com, kawatalaw@hawaii.rr.com, kawatalaw002@hawaii.rr.com, kawatalaw003@hawaii.rr.com

Michael J. Park     mparkatty@hawaii.rr.com, pww064@gmail.com

Michael Jay Green     michaeljgreen@hawaii.rr.com, joell@michaeljaygreen.com, kelly@michaeljaygreen.com

Myles S. Breiner     myles@breinerlaw.net, assistant@breinerlaw.net, darlyn@breinerlaw.net, lani@breinerlaw.net

Ronald N.W. Kim     rkim.seitzoffice@yahoo.com

Salina Kanai Althof     salina_althof@fd.org, fpdhawaii@gmail.com, hermi_hunt@fd.org

Victor J. Bakke     vbakke@yahoo.com, marisalynnmalone@yahoo.com

William M. Domingo     wmdomingo@yahoo.com

**1:11-cr-00506-JMS-19 Notice will not be electronically mailed to:**

Lani A. Nakamura
Law Office of Myles S. Breiner
841 Bishop St., Suite 2115
Honolulu, HI 96813

Richard A. Hamar
402 West Broadway Ste 400
San Diego, CA 92101

Robert P. McPherson
American Savings Bank Tower
1001 Bishop St. Ste 1330
Honolulu, HI 96813

The following document(s) are associated with this transaction:

2

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=9/18/2013] [FileNumber=1582288-0
] [79df9b185661b8503eedf4c69c2373c16d52c38c42974a1801f77d17d2ad997f98b
0c7230c36555cb3b8f856bdc63afdd5943f5bf7acf869fb6bb2f3a5a364a2]]

# Riebli, Frank (USACAN)

**From:** Leslie_Sai@hid.uscourts.gov
**Sent:** Wednesday, September 18, 2013 1:29 PM
**To:** Riebli, Frank (USACAN)
**Subject:** Re: USA Vs. Shane Jackson

Please see Docket entry below. Thank You.

## U.S. District Court

## District of Hawaii

## Notice of Electronic Filing

The following transaction was entered on 9/18/2013 at 10:21 AM HST and filed on 9/18/2013

**Case Name:** USA v. Toilolo et al
**Case Number:** 1:11-cr-00506-JMS
**Filer:**
**Document Number:** 481(No document attached)

**Docket Text:**
**NOTICE OF HEARING ON MOTION in case as to (19) Defendant Shane Jackson [479] APPEAL OF MAGISTRATE JUDGE DECISION to District Court by USA set for 9/19/2013 at 10:30 AM (Hawaii Time) before JUDGE HELEN GILLMOR. The Court Hearing will take place in Courtroom No. 8 located on the Second Floor of the PJKK Courthouse Bldg in Honolulu. This will be a Video Conference Court Hearing with the Defendant being present in the Northern District of California.(lls, )**

CERTIFICATE OF SERVICE

Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry

Leslie L. Sai
Courtroom Manager for Judge Alan C. Kay, Judge Helen Gillmor and Visiting Judges
(808) 541-3089
(808) 223-3399-Cell No.